Former order, 562 U.S. 812, 131 S. Ct. 403, 178 L. Ed. 2d 267, 2010 U.S. LEXIS 7501.

---

**No. D-2528. In the Matter of Disbarment of Robert G. Udell.**

563 U.S. 1006, 131 S. Ct. 2927, 179 L. Ed. 2d 1266, 2011 U.S. LEXIS 3960.

May 23, 2011. Disbarment entered.

Former order, 562 U.S. 812, 131 S. Ct. 403, 178 L. Ed. 2d 268, 2010 U.S. LEXIS 7630.

---

**No. D-2529. In the Matter of Disbarment of William A. Fitzpatrick.**

563 U.S. 1006, 131 S. Ct. 2927, 179 L. Ed. 2d 1266, 2011 U.S. LEXIS 3974.

May 23, 2011. Disbarment entered.

Former order, 562 U.S. 812, 131 S. Ct. 403, 178 L. Ed. 2d 268, 2010 U.S. LEXIS 7572.

---

**No. D-2530. In the Matter of Disbarment of Robert Wayne Hallock.**

563 U.S. 1006, 131 S. Ct. 2928, 179 L. Ed. 2d 1266, 2011 U.S. LEXIS 3868.

May 23, 2011. Disbarment entered.

Former order, 562 U.S. 813, 131 S. Ct. 403, 178 L. Ed. 2d 268, 2010 U.S. LEXIS 7556.

---

**No. D-2531. In the Matter of Disbarment of Carleton Wayne Keith Davis.**

563 U.S. 1006, 131 S. Ct. 2928, 179 L. Ed. 2d 1266, 2011 U.S. LEXIS 3969.

May 23, 2011. Disbarment entered.

Former order, 562 U.S. 813, 131 S. Ct. 403, 178 L. Ed. 2d 268, 2010 U.S. LEXIS 7579.

---

**No. D-2532. In the Matter of Disbarment of Gary Robert DeFilippo.**

563 U.S. 1006, 131 S. Ct. 2928, 179 L. Ed. 2d 1266, 2011 U.S. LEXIS 3899.

May 23, 2011. Disbarment entered.

Former order, 562 U.S. 813, 131 S. Ct. 404, 178 L. Ed. 2d 268, 2010 U.S. LEXIS 7503.

---

**No. D-2533. In the Matter of Disbarment of Richard Paul Condon.**

563 U.S. 1006, 131 S. Ct. 2928, 179 L. Ed. 2d 1266, 2011 U.S. LEXIS 4008.

May 23, 2011. Disbarment entered.

Former order, 562 U.S. 813, 131 S. Ct. 404, 178 L. Ed. 2d 268, 2010 U.S. LEXIS 7640.

---

**No. D-2534. In the Matter of Disbarment of Stuart Leonard Stein.**

563 U.S. 1006, 131 S. Ct. 2928, 179 L. Ed. 2d 1266, 2011 U.S. LEXIS 3837.

May 23, 2011. Disbarment entered.

Former order, 562 U.S. 813, 131 S. Ct. 404, 178 L. Ed. 2d 269, 2010 U.S. LEXIS 7614.